Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DEMETRIA HARRISON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant | Case No:  2:11-cv-02283-EFB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

   WHEREAS, counsel requires additional time to draft the optional reply brief against Defendant's motion for summary judgment; and

   WHEREAS, it is appropriate under the circumstances for counsel to be provided with reasonable time to satisfy his non-delegable duties to the Court.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986); and,

   WHRERAS, this is Plaintiff's first request for more time.

   NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to a fourteen (14) days extension for the filing of Plaintiff's reply brief.

1

2  SO STIPULATED AND AGREED:

3  For Plaintiff: | For Defendant:
4  WEEMS LAW OFFICES | David William Lerch
   /S/Robert C. Weems | By: /S/ David William Lerch
5  | By email confirmation
6  Robert C. Weems, Attorney for | Special Assistant United States
7  Plaintiff | Attorney and Attorney for the
   | Defendant
8

9
   SO ORDERED:
10

11 DATED: August 14, 2012            /s/ Edmund F. Brennan
                                     EDMUND F. BRENNAN
12                                   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Stipulation and Order                                    4:11-03379-SBA