1  Robert C. Weems (SBN 148156)
   WEEMS LAW OFFICES
2  769 Center Blvd., PMB 38
   Fairfax, CA  94930
3  Ph: (415) 881-7653
   Fx: (866) 610-1430
4  rcweems@weemslawoffices.com
5
   Attorney for Plaintiff
6
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10                        SACRAMENTO DIVISION
11

| | |
|---|---|
| 12  DEMETRIA HARRISON,         | Case No: **2:11-cv-02283-EFB** |
| 13      Plaintiff,             | STIPULATION AND ORDER FOR |
| 14  v.                         | EXTENSION OF TIME |
|                                | [Fed.R.Civ.P. 6] |
| 15  MICHAEL J. ASTRUE, Commissioner | |
| 16  of Social Security,        | |
| 17      Defendant              | |

18
19       WHEREAS, counsel requires additional time to draft the optional reply brief
20  against Defendant's motion for summary judgment; and
21       WHEREAS, it is appropriate under the circumstances for counsel to be provided
22  with reasonable time to satisfy his non-delegable duties to the Court.  See, FRCP 11;
23  *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986); and,
24       WHRERAS, this is Plaintiff's first request for more time.
25       NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the
26  Court's approval, stipulate to a fourteen (14) days extension for the filing of Plaintiff's
27  reply brief.
28

1

Stipulation and Order                                              4:11-03379-SBA

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
| --- | --- |
| WEEMS LAW OFFICES | David William Lerch |
| /S/Robert C. Weems | By: /S/ David William Lerch |
| | By email confirmation |
| Robert C. Weems, Attorney for Plaintiff | Special Assistant United States Attorney and Attorney for the Defendant |

SO ORDERED:

DATED:  August 14, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

Stipulation and Order                                                         4:11-03379-SBA